UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON

| | | |
|---|---|---|
| **THOMAS E. PEREZ**, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 14-cv-95 |
| **DAVID STRATTON,** **IDS SALES AND ENGINEERING, INC.**, and **IDS SALES AND ENGINEERING, INC. RETIREMENT SAVINGS PLAN**, | ) ) ) ) ) ) | Judge William M. Conley Magistrate Judge Stephen L. Crocker |
| Defendants. | ) ) | |

## Entry of Default

Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor, requests that the Clerk of Court enter the default of defendant IDS Sales and Engineering, Inc. pursuant to the Federal Rules of Civil Procedure Rule 55(a).  It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant IDS Sales and Engineering, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this ___14th___ day of _January_, 2015.


                                      _s/L.Kamke, Deputy Clerk_
                                          Peter Oppeneer, Clerk of Court