IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS E. PEREZ,

    Plaintiff,

v.

DAVID STRATTON, IDS SALES AND
ENGINEERING, INC. and the IDS SALES AND
ENGINEERING RETIREMENT SAVINGS PLAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-95-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

Defendant IDS Sales and Engineering, Inc., having failed to appear, plead or otherwise defend in this action, and default having been entered on January 14, 2015, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Fed. R. Civ. P. 55 (a) and (b);

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Thomas E. Perez against defendant IDS Sales and Engineering, Inc. in the amount of $19,114.94.

IT IS FURTHER ORDERED AND ADJUDGED that defendant IDS Sales and Engineering, Inc. is permanently enjoined from serving as a fiduciary to an employee benefit plan covered under the Employee Retirement Income Security Act of 1974 except to the extent necessary to carry out this judgment unless IDS has (i) been formally dissolved as a corporate entity, such that no injunction is necessary; or (ii) removed David Stratton and appointed a new, qualified fiduciary.

It appearing that there is no just reason for delay, I direct that this final judgment be entered.

Approved as to form this 27th day of April, 2015.

William M. Conley, U.S. District Judge

Peter Oppeneer, Clerk of Court

4/28/15
Date