UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON

_____
                                              )
**THOMAS E. PEREZ**, Secretary of Labor,      )
United States Department of Labor,            )
                                              )  CIVIL ACTION
                     Plaintiff,               )
                                              )  **Case No.  3:14-00095**
              v.                              )
                                              )
**DAVID STRATTON,**                           )  Judge William M. Conley
**IDS SALES AND ENGINEERING, INC.,** and the  )
**IDS SALES AND ENGINEERING, INC.,**          )  Magistrate Judge Crocker
**RETIREMENT SAVINGS PLAN,**                  )
                                              )
                     Defendants.              )
_____)

### ENTRY OF DEFAULT AGAINST DEFENDANTS DAVID STRATTON AND THE IDS SALES AND ENGINEERING, INC., RETIREMENT SAVINGS PLAN

Plaintiff Thomas E. Perez, Secretary of Labor ("Secretary"), United States Department of Labor, requests that the Clerk of Court enter the default of Defendants David Stratton and the IDS Sales and Engineering, Inc., Retirement Savings Plan ("Plan") pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure*. It appearing from the record that Defendant David Stratton withdrew his answer to the Secretary's *Complaint* on April 21, 2015, and, therefore, has failed to plead or otherwise defend, and it further appearing from the record that the Plan has failed to plead or otherwise defend, the default of Defendants David Stratton and the Plan are hereby entered pursuant to Rule 55(a) of the *Federal Rule of Civil Procedure.*

Dated this __13th__ day of __May__, 2015.

                                        s/L. Kamke, Deputy Clerk
                                        _____
                                        **PETER OPPENEER**
                                        Clerk of Court